| | |
|---|---|
| 1 | **CHARLES WOODSON** (SBN 258791) |
| 2 | Law Office of Charles Woodson<br>725 Washington Street |
| 3 | Oakland, California 94607<br>Tel. 510.302.8780 |
| 4 | Fax. 510.228.0444<br>cwoodson@cjswlaw.com |
| 5 | |
| 6 | Counsel for Defendant<br>**DARWIN MANCIA-MURILLO** |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 3:22-mj-70975 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING THE BRIEFING SCHEDULE REGARDING THE GOVERNMENT'S APPEAL OF DEFENDANT'S PRETRIAL RELEASE** |
| v. | |
| **DARWIN MANCIA-MURILLO**, | |
| Defendant. | |

On August 16, 2022 Magistrate Judge Sallie Kim issued an Order releasing Defendant Darwin Mancia-Murillo from custody but stayed the order because the government intended on appealing the decision. Dkt. 16. The preliminary examination hearing is currently set for August 31, 2022 at 10:30 a.m. before Magistrate Judge Kim and time has been excluded pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure through that date. Dkts. 8, 16.

On August 19, 2022 the government timely filed a notice of appeal and on August 19, 2022 the Court issued an order directing Mr. Mancia-Murillo to file a response to the government's appeal by August 23, 2022. Dkt. 18. Upon review of the Court order, counsel for Mr. Mancia-Murillo contacted the government and sought permission to delay the filing of the response so that

1 | counsel can review the hearing transcripts and the government's appeal with Mr. Mancia-Murillo.

2 |     Consequently, Mr. Mancia-Murillo requests to file his response on August 31, 2022 and

3 | the government may file a reply September 7, 2022.

4 |     **IT IS SO STIPULATED**.

Dated: August 22, 2022

s/ *Charles Woodson*
CHARLES WOODSON
Counsel for Defendant
DARWIN MANCIA-MURILLO

Dated: August 22, 2022

s/ CW per email authorization
ALEXANDRA SHEPARD
CHARLES BISESTO
Assistant U.S. Attorneys

# [PROPOSED] ORDER

For Based upon the facts set forth in the Stipulation, and with the consent of the parties, IT IS HERE BY ORDERED that the briefing scheduled regarding the government's appeal of the defendant's release conditions be amended as follows:

Mr. Mancia-Murillo's response is due on August 31, 2022;

Government's reply is due on September 7, 2022.

The defendant shall remain in the custody of the U.S. Marshals pending the Court's ruling on the government's pending appeal.

IT IS SO ORDERED.

Date: August 22, 2022

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE